In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by Lehigh Valley Railroad Company and Niagara Falls Boulevard (State Highway No. 5172) in the Towns of Amherst and Tonawanda, Erie County. (Case No. 4286.) — Order affirmed, with costs. All concur.

REINHART A. HARTFIELD, Respondent, v. ARTHUR G. BRAYER and Others. Appellants.— Judgment affirmed, with costs. All concur.

In the Matter of Proving the Last Will and Testament of PHILIP ERBES, Deceased.— Order reversed on the facts as a matter of discretion, with ten dollars costs and disbursements, and motion granted as to the items 3, 4, 5, 6 and 7, and as to items 1 and 2, so far as they relate to time of, or before the execution of the will. All concur.

JAMES O. SEBRING, Respondent, v. GEORGE A. KING, Appellant.— Order denying motion for jury trial affirmed, with ten dollars costs and disbursements. All concur.

JAMES O. SEBRING, Respondent, v. GEORGE A. KING, Appellant.— Order to furnish bill of particulars modified and as modified affirmed, without costs of this appeal to either party. All concur.

JAMES O. SEBRING, Respondent, v. GEORGE A. KING, Appellant.— Order of reference affirmed, with ten dollars costs and disbursements. All concur.

CORA A. HULL, Appellant, v. HAROLD H. COHEN and Another, Defendants, and ADELAIDE F. JENNINGS, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the grounds stated in the *per curiam* memorandum handed down upon the decision of the appeal from the order entered May 29, 1931, in this case, decided herewith. All concur. [See *ante*, p. 709.]

CORA A. HULL, Appellant, v. HAROLD H. COHEN and Another, Defendants, and EARL F. FOLEY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the grounds stated in the *per curiam* memorandum handed down upon the decision of the appeal from the order entered May 29, 1931, in this case, decided herewith. All concur. [See *ante*, p. 709.]

In the Matter of the Judicial Settlement of the Account of EARL D. CLARK, as Committee of the Person and Property of MILTON H. LAWRENCE, an Incompetent Person.— Motion for reargument denied, with ten dollars costs. Thompson, J., not sitting.

THE NYPANO RAILROAD COMPANY, Respondent, v. NATIONAL RESERVE INSURANCE COMPANY OF ILLINOIS and Others, Appellants.— Motion for reargument denied, with ten dollars costs.

ADELE KIRSCHENBAUM, an Infant, etc., Respondent, v. CHESTER F. OSCHUETZ, Appellant.— Motion for leave to appeal to Court of Appeals granted. [See 235 App. Div. 887.]

GLENN GRAVES, Respondent, v. ROY S. RUDMAN, Appellant.— Motion for reargument denied, with ten dollars costs.

JOHN P. BROGAN and Another, Respondents, v. WARREN R. WALLACE AND COMPANY, INCORPORATED, and Others, Appellants.— Motion by defendant Warren R. Wallace and Company, Incorporated, for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied upon the ground that leave is unnecessary.